ROBERT GRIFFIN COMPANY, Respondent, v. FREDERICK W. SCHAEFER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell and Finch, JJ.

SARAH E. LODEWICK, Appellant, v. JULIANA CUTTING and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.

HARRY E. NOENING, Respondent, v. BEDFORD MILLS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.

EDWARD DUBIED & COMPANY, Appellant, v. THE PENNSYLVANIA RAILROAD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to move at Special Term within ten days from service of order, for leave to serve an amended complaint and a supplemental complaint in addition thereto. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

STABILE & COMPANY, INC., Appellant, v. BANCA NAZIONALE DEL REDUCE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

HERMAN B. LEVY, Respondent, v. ANNA LEVY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, and the papers sent to the Grievance Committee of the Association of the Bar of the City of New York for investigation. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

LILA B. RISHEL, Respondent, v. WARREN K. RISHEL, Appellant.— Order modified by reducing the amount the defendant is ordered to pay to the plaintiff's attorney as counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

HARRY FEINGOLD, Respondent, v. WALWORTH BROS., INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.; Smith, J., dissents.

ALLEN E. CLOUGH, Respondent, v. BUSH TERMINAL BUILDINGS COMPANY, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order fixing date for examination to proceed upon notice. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.; Martin, J., dissents.

In the Matter of the Application of JAMES O'CONNOR, Appellant, for a Mandamus Order to Compel JOHN F. HYLAN and Others, Constituting the Board of Estimate and Apportionment of the City of New York, and as Managers of the New York City Employees' Retirement System, Respondents, to Issue, Grant and Pay to the Applicant a Cash Sum, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.